IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIN-EI BOEKI, LTD, | : | |
| | : | CIVIL ACTION NO. 1:CV-00-2241 |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| SCOTT KAJIYA, MICHAEL W. BINGHAM, CARY BRIGGS, SIGN LANGUAGE HABITAT, and SI SCOOTER WORKS, INC., | : : : : | |
| | : | |
| Defendants. | : | |

**FILED**
**HARRISBURG**

FEB 2 7 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### ORDER

**AND NOW,** upon consideration, **IT IS ORDERED THAT** Plaintiff's motion for leave to file an amended complaint is **GRANTED**. The Clerk of Court shall docket the amended complaint attached as exhibit D to Plaintiff's motion.

_____
Yvette Kane
United States District Judge

Dated: February 26, 2002.