**ORIGINAL**

FILED
HARRISBURG

MAR 0 4 2002

MARY E. D'ANDREA, CL
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIN-EI BOEKI, LTD, <br>     Plaintiff <br>     v. <br><br> SCOTT KAJIYA, MICHAEL W. BINGHAM, CARY BRIGGS, SIGN LANGUAGE HABITAT, AND SI SCOOTER WORKS, INC. <br>     Defendants | CIVIL ACTION NO. 1:CV-00-2241 <br><br> (Judge Kane) |

### SUPPLEMENTAL CERTIFICATE OF CONCURRENCE

The undersigned hereby certifies that he has been advised by counsel for Plaintiff that Plaintiff concurs with the Motion of McNees Wallace & Nurick LLC to Withdraw as Counsel.

                                            McNEES WALLACE & NURICK LLC

                                            By _____
                                                 Alan R. Boynton, Jr.
                                                 100 Pine Street
                                                 P. O. Box 1166
                                                 Harrisburg, PA  17108-1166
                                                 (717) 232-8000

Dated: March 4, 2002

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was served by first class mail, postage prepaid, upon the following:

>Jonathan S. Ziss, Esq.
>Silverman Bernheim & Vogel
>Two Penn Center
>Suite 9210
>Philadelphia, PA 19102
>
>Michael J. Hanft, Esq.
>19 Brookwood Avenue
>Suite 106
>Carlisle, PA 17013-9142

>McNEES WALLACE & NURICK, LLC
>
>By *Alan R Boynton*
>Alan R. Boynton, Jr.
>100 Pine Street
>P. O. Box 1166
>Harrisburg, PA 17108-1166
>(717) 232-8000

Dated: March 4, 2002