IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIN-EI BOEKI, LTD, | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 1:CV-00-2241 |
| | : | |
| SCOTT KAJIYA, MICHAEL W. | : | |
| BINGHAM, CARY BRIGGS, SIGN | : | (Judge Kane) |
| LANGUAGE HABITAT, AND SI | : | |
| SCOOTER WORKS, INC. | : | |
| Defendants | | |

**ORDER**

AND NOW, this 19th day of March, 2002, upon consideration of the Motion for Leave to Withdraw as Counsel filed by McNees Wallace & Nurick LLC, it is hereby ORDERED that the Motion is granted. McNees Wallace & Nurick LLC is granted leave to withdraw as counsel for Defendant Si ScooterWorks LLC.

YVETTE KANE
United States District Judge

FILED
MAR 1 9 2002
PER_____
HARRISBURG, PA  DEPUTY CLERK