IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIN-EI BOEKI, LTD, : | CIVIL ACTION NO. 1:CV-00-2241 |
| Plaintiff, : | |
| : | |
| v. : | (Judge Kane) |
| : | |
| SCOTT KAJIYA, MICHAEL W. : | |
| BINGHAM, CARY BRIGGS, : | |
| SIGN LANGUAGE HABITAT, : | |
| and SI SCOOTER WORKS, INC., : | |
| Defendants. : | |

FILED
HARRISBURG

MAY 28 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

ORDER

AND NOW, this 28th day of May, 2002, **IT IS ORDERED THAT** Defendants Scott Kajiya and Sign Language Eyewear, Inc. d/b/a Sign Language Habitat are **ORDERED** to show cause within twenty (20) days of the date of this order why they have filed no response either to the amended complaint, or to the pending motion for entry of default against them. Failure to show cause will result in the entry of default against these Defendants. The Clerk of Court is directed to serve a copy of this order on both Defendant Kajiya and counsel of record Michael J. Hanft by certified mail.

Yvette Kane
United States District Judge