Copy (48)

JUDGE'S CO[PY]

**SENDER: COMPL**[ETE THIS SECTION]

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *(Mary) M. Price*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Mary M. Price
C. Date of Delivery: 5-30-02

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Michael Hanft, Esq.
19 Brookwood St.
Suite 106
Carlisle, PA 17013

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0023 0166 4361

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

---

FILED
HARRISBURG, PA
JUN 1 2 2002
MARY E. D'ANDREA, CLER[K]
Per _____
Deputy Clerk

CV-00-2241
onda
5/29/02

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *(illegible)*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 6-5-02

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No
1872 Del Amo Blvd #B

1. Article Addressed to:

Scott Kajiya
1820 W. 220th
Torrance, CA 90501

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0023 0166 4378

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835