ORIGINAL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIN-EI BOEKI, LTD., | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 1: CV - 00- 2241 |
| SCOTT KAJIYA, MICHAEL W. | : | |
| BINGHAM, CARY BRIGGS, | : | (Judge Kane) |
| SIGN LANGUAGE EYEWEAR, INC. | : | |
| d/b/a HABITAT, | : | |
| and SI SCOOTER WORKS, INC., | : | |
| Defendants | : | |

**FILED**
HARRISBURG, PA

JUN 19 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### DEFENDANT SCOTT KAJIYA'S ANSWER TO THE AMENDED COMPLAINT

AND NOW, this 19th day of June, 2002 comes Defendant Scott Kajiya, by and through its undersigned attorney, Michael J. Hanft, Esquire of Hanft and Knight, P.C., hereby files the following Answer to the Amended Complaint and, in support thereof, avers as follows:

1.  Denied as stated.

2.  Admitted.

3.  Admitted in part, denied in part.  Mr. Kajiya's address is 1872 Del Amo Blvd., Unit B, Torrence, CA 90501.

4.     Admitted.

5.     Admitted.

6.     Admitted in part, denied in part.  Sign Language Eyewear, Inc. has ceased doing

       business.

7.     Admitted.

8.     Admitted.

9.     Admitted.

10.    Denied.  It is specifically denied that Defendant Kajiya executed Exhibit "A" to

       the Amended Complaint.

11.    Denied.

12.    Denied.

13.    Denied.

14.    Denied.

15.    Denied.

16.    The answers to Paragraphs 1 through 15 above are incorporated by reference as if

       fully set forth herein.

17.    Denied.

18.    Denied.

19.    Admitted in part, denied in part.  It is admitted Exhibit "B" was sent.  It is denied

       that Defendant Kajiya owes or owed any monies to Plaintiff.

20.    Denied.

21.    Denied.

WHEREFORE, Defendant Scott Kajiya requests this Honorable Court find in favor or

Defendant Scott Kajiya and against Plaintiff with regard to Plaintiff's Amended Complaint.

Respectfully Submitted,

HANFT & KNIGHT, P.C.

Michael J. Hanft, Esquire
Attorney I.D. No. 57976
19 Brookwood Avenue, Suite 106
Carlisle, Pennsylvania 17013-9142
(717) 249-5373

Attorneys for Defendant Scott Kajiya

## CERTIFICATE OF SERVICE

AND NOW, this 19th day of June, 2002, I, Michael J. Hanft, Esquire, hereby certify that I

have this day served the following persons with a copy of the foregoing document, by first class,

United States Mail, postage pre-paid, addressed as follows:

Jonathan S. Ziss, Esquire
SILVERMAN, BERNHEIM & VOGEL
Two Penn Center Plaza, Suite 910
Philadelphia, Pennsylvania 19102
Attorney for Plaintiff, Shin-Ei Boeki, Ltd.

HANFT & KNIGHT, P.C.

Michael J. Hanft, Esquire
Attorney I.D. No. 57976
19 Brookwood Avenue, Suite 106
Carlisle, Pennsylvania 17013-9142
(717) 249-5373

Attorneys for Defendant Scott Kajiya

F:\User Folder\Firm Docs\Gendocs2002\2032-1.AnsAmenCom.wpd