**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIN-EI BOEKI, LTD., <br> Plaintiff | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 1:CV-00-2241 |
| SCOTT KAJIYA, MICHAEL W. BINGHAM, CARY BRIGGS, SIGN LANGUAGE EYEWEAR, INC, DBA SIGN LANGUAGE HABITAT, and SI SCOOTER WORKS, LLC., <br> Defendants | : <br> : <br> : <br> : <br> : <br> : | (Judge Kane) |

FILED
HARRISBURG, PA
JUN 19 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## MOTION OF HANFT & KNIGHT, P.C. TO WITHDRAW AS COUNSEL

Hanft & Knight, P.C. hereby moves for leave to withdraw as counsel for Defendant Sign Language Eyewear, Inc. d/b/a Sign Language Habitat (hereinafter "Defendant Sign Language") and in support thereof avers as follows:

1. Hanft & Knight, P.C. is counsel of record for Defendant Scott Kajiya and Defendant Sign Language.

2. Defendant Sign Language entered into a fee agreement with Law Office of Michael J. Hanft, the predecessor name of Hanft & Knight, P.C., wherein Defendant Sign Language was obligated to pay for the legal services rendered by Hanft & Knight, P.C.

3. Hanft & Knight, P.C. has billed Defendant Sign Language on a monthly basis for legal services rendered in the instant action.

4. Defendant Sign Language has ceased doing business and has not paid Hanft & Knight, P.C. for legal services rendered in the instant action nor has Defendant Sign Language provided any assurance of payment for said legal services rendered.

5. Defendant Sign Language has violated its legal obligations to Hanft & Knight, P.C. with regard to the payment of invoices presented for legal services rendered.

6. Hanft & Knight, P.C. has advised Defendant Sign Language that it would not be able to continue its representation of Defendant Sign Language unless Defendant Sign Language met its legal obligations with regard to paying for legal services rendered by Hanft & Knight, P.C. Said notice was provided in accordance with Rule 1.16(b) of the Pennsylvania Rules of Professional Conduct.

WHEREFORE, Hanft & Knight, P.C. respectfully requests that this Honorable Court permit Hanft & Knight, P.C. to withdraw as counsel for Defendant Sign Language Eyewear, Inc. d/b/a Sign language Habitat in the above-captioned matter.

Respectfully submitted,

HANFT & KNIGHT, P.C.

Dated: June 19, 2002

Michael J. Hanft, Esquire
Attorney ID No. 57976
19 Brookwood Avenue, Suite 106
Carlisle, PA 17013
(717) 249-5373
Attorneys for Defendants Scott Kajiya and Sign Language Eyewear, Inc. d/b/a Sign Language Habitat

F:\User Folder\Firm Docs\Gendocs2002\2032-1motion.2withdraw.wpd

## CERTIFICATE OF CONCURRENCE

I hereby certify that Plaintiff concurs with the Motion of Hanft & Knight, P.C. to Withdraw as Counsel.

Respectfully submitted,

HANFT & KNIGHT, P.C.

_____
Michael J. Hanft, Esquire
Attorney ID No. 57976
19 Brookwood Avenue, Suite 106
Carlisle, PA 17013
(717) 249-5373

Dated: June 19, 2002

## CERTIFICATE OF SERVICE

AND NOW, this 19th day of June, 2002, I, Michael J. Hanft, Esquire, hereby certify that I have this day served the following persons with a copy of the foregoing document, by first class, United States Mail, postage pre-paid, addressed as follows:

Jonathan S. Ziss, Esquire
SILVERMAN BERNHEIM & VOGEL
Two Penn Center Plaza, Suite 910
Philadelphia, PA 19102
Attorneys for Plaintiff

HANFT & KNIGHT, P.C.

_____
Michael J. Hanft, Esquire
Attorney ID No. 57976
19 Brookwood Avenue, Suite 106
Carlisle, PA 17013-9142
(717) 249-5373