IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHIN-EI BOEKI, LTD.,
   Plaintiff

       v.

SCOTT KAJIYA, MICHAEL W.
BINGHAM, CARY BRIGGS, SIGN
LANGUAGE EYEWEAR, INC, DBA
SIGN LANGUAGE HABITAT, and SI
SCOOTER WORKS, LLC.,
   Defendants

CIVIL ACTION NO. 1:CV-00-2241

(Judge Kane)

FILED
HARRISBURG

JUN 20 2002

MARY E. D'ANDREA, CLERK
Per_____
     DEPUTY CLERK

**ORDER**

AND NOW, this 20th day of June, 2002, upon consideration of the Motion of Defendant Scott Kajiya to grant a Motion for Enlargement, it is hereby ORDERED that the Motion of Defendant Scott Kajiya to enlarge time is GRANTED.

_____
YVETTE KANE
United States District Judge