IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHIN-EI BOEKI, LTD.,
    Plaintiff

    v.

SCOTT KAJIYA, MICHAEL W.
BINGHAM, CARY BRIGGS, SIGN
LANGUAGE EYEWEAR, INC, DBA
SIGN LANGUAGE HABITAT, and SI
SCOOTER WORKS, LLC.,
    Defendants

CIVIL ACTION NO. 1:CV-00-2241

(Judge Kane)

FILED
HARRISBURG
JUN 2 4 2002
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**ORDER**

AND NOW, this 21st day of June, 2002, upon consideration of the Motion for Leave to Withdraw as Counsel filed by Hanft & Knight, P.C., it is hereby ORDERED that the Motion is granted. Hanft & Knight, P.C. is granted leave to withdraw as counsel for Defendant

_____
YVETTE KANE
United States District Judge