IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIN-EI BOEKI, LTD,** | : | CIVIL ACTION NO. 1:CV-00-2241 |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **SCOTT KAJIYA, MICHAEL W.** | : | |
| **BINGHAM, CARY BRIGGS,** | : | |
| **SIGN LANGUAGE HABITAT,** | : | |
| **and SI SCOOTER WORKS, INC.,** | : | |
| Defendants. | : | |

FILED
HARRISBURG, PA
JUL 17 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

<u>ORDER</u>

AND NOW, this 17th day of July, 2002, **IT IS ORDERED THAT** Plaintiff's motion for entry of default as to Scott Kajiya is **DENIED** as moot. **IT IS FURTHER ORDERED THAT**, whereas no answer to the order to show cause nor any other motion has been filed by Defendant Sign Language Habitat, Plaintiff's motion to enter default against Defendant Sign Language Habitat is **GRANTED**. The Clerk of Court is directed to enter default against Defendant Sign Language Habitat.

_____
Yvette Kane
United States District Judge