cc: see attached

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIN-EI BOEKI, LTD | : | CIVIL ACTION<br>1:CV-00-2241 |
| | : | |
| Plaintiff | : | Judge Kane |
| | : | |
| V. | : | **FILED**<br>HARRISBURG, PA<br>JUL 17 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |
| SCOTT KAJIYA, MICHAEL W.<br>BINGHAM, CARY BRIGGS,<br>SIGN LANGUAGE HABITAT, AND<br>SI SCOTTER WORKS, INC. | : | |
| Defendants | : | |

### DEFAULT

AND NOW on this 17th day of July 2002 upon the Request to Enter Default; and appearing by declaration of plaintiff SHIN-EI BOEKI, LTD, **DEFAULT** is hereby entered against defendant, SIGN LANGUAGE HABITAT, for failure to plead or otherwise defend pursuant to Rule 55(a), Federal Rules of Civil Procedure.

Dated: July 17, 2002

Mary E. D'Andrea, Clerk

_____

Peter J. Welsh, Deputy-In-Charge