**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sign Language Habitat
1820 West 220th
Torrence, CA 90501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kathy Lee
C. Date of Delivery: 7-26-02

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 1940 0001 2180 1115

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

56
8/5/

FILED
HARRISBURG, PA
AUG 0 2 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1-CV-00-2241
for Degr
7/17/02