IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIN-EI BOEKI, LTD, | : |
| | : CIVIL ACTION NO. 1:CV-00-2241 |
| Plaintiff, | : |
| | : |
| v. | : (Judge Kane) |
| | : |
| SCOTT KAJIYA, MICHAEL W. | : |
| BINGHAM, CARY BRIGGS, | : |
| SIGN LANGUAGE HABITAT, | : |
| and SI SCOOTER WORKS, INC., | : |
| | : |
| Defendants. | : |

### ORDER

AND NOW, this 13th day of December, 2002, IT IS HEREBY ORDERED THAT a telephone conference has been scheduled for January 21, 2003 at 10:00 a.m. to discuss the status of this case. Plaintiff's counsel shall initiate this conference call.

Yvette Kane
United States District Judge