

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE NO: **1:CV-00-2241**

DATE: **January 21, 2003**

Hon. Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **STATUS TC**

Time Commenced: **10:05 a.m.**     Time Terminated: **10:10 a.m.**

### APPEARANCES:

**Plaintiff:**                              **Defendant:**

Jonathan Ziss, Esquire              Michael Hanft, Esquire

### REMARKS

Case to be referred to MJ Smyser for bench trial.

FILED
HARRISBURG

JAN 2 2 2003

MARY E. D'ANDREA, CLERK
Per_____
     DEPUTY CLERK