IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIN-EI BOEKI, LTD, | : | CIVIL ACTION NO. 1:CV-00-2241 |
|     Plaintiff, | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| SCOTT KAJIYA, MICHAEL W. | : | |
| BINGHAM, CARY BRIGGS, | : | |
| SIGN LANGUAGE HABITAT, | : | |
| and SI SCOOTER WORKS, INC., | : | |
|     Defendants. | : | |

FILED
HARRISBURG

JAN 2 2 2003

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

AND NOW, this 22nd day of January, 2003, the parties having consented to a bench trial by a Magistrate Judge, **IT IS HEREBY ORDERED THAT** this case is remanded to Magistrate Judge J. Andrew Smyser to be set for trial.

 

_____
Yvette Kane
United States District Judge