Cc: MJ Smyser; Ctrm Dpty; Attys Boynton, Gemmill, Ziss + Hanft.

60
1/31/03

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHIN-EI BOEKI, LTD.,                :    **CIVIL NO. 1:00-CV-2241**
                                    :
              Plaintiff             :
                                    :
         v.                         :    (Magistrate Judge Smyser)
                                    :
SCOTT KAJIYA,                       :
MICHAEL W. BINGHAM,                 :
CARY BRIGGS,                        :
SIGN LANGUAGE HABITAT,              :
and SI SCOOTER WORKS, INC.,         :
                                    :         **FILED**
              Defendants            :      HARRISBURG, PA

                                             JAN 3 1 2003

                        **ORDER**       MARY E. D'ANDREA, CLERK
                                        Per_____
                                                 Deputy Clerk

     **IT IS ORDERED** that a pretrial conference is set for

9:00 a.m., on March 17, 2003.

                                        J. Andrew Smyser
                                        Magistrate Judge

Dated:  January 31 , 2003.