UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIN-EI BOEKI, LTD., | : | **CIVIL NO. 1:00-CV-2241** |
| Plaintiff | : | |
| v. | : | (Magistrate Judge Smyser) |
| SCOTT KAJIYA, | : | |
| MICHAEL W. BINGHAM, | : | |
| CARY BRIGGS, | : | |
| SIGN LANGUAGE HABITAT, | : | |
| and SI SCOOTER WORKS, INC., | : | |
| Defendants | : | |

**ORDER**

    **IT IS ORDERED** that the parties show cause on or before May 12, 2003 why this case should not be reassigned to Judge Kane for the reason that there is not 28 U.S.C. § 636(c) consent of all of the parties.

                                      */s/ J. Andrew Smyser*
                                      J. Andrew Smyser
                                      Magistrate Judge

Dated: April 25, 2003.