# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SHIN-EI BOEKI, LTD. | : | CIVIL ACTION |
|  | : |  |
| v. | : | NO. 1:00-cv-02241 |
|  | : |  |
| SCOTT KAJIYA, MICHAEL W. BINGHAM, | : | (Judge Kane) |
| CARY BRIGGS, SIGN LANGUAGE EYEWEAR, | : |  |
| INC. d/b/a SIGN LANGUAGE HABITAT, | : |  |
| and Si SCOOTER WORKS, INC. | : |  |

## <u>O R D E R</u>

AND NOW, this _____ day of _____, 2003 upon

motion of plaintiff Shin-Ei Boeki, Ltd. for an order pursuant to Fed.R.Civ.P. 41(a)(2)

dismissing all claims and counterclaims, and for good cause shown, it is hereby ORDERED

and DECREED that all claims and counterclaims shall be and hereby are dismissed with

prejudice.  Each party shall bear its own costs.


BY THE COURT:


_____
J.