```
              UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHIN-EI BOEKI, LTD.,            :   CIVIL NO. 1:00-CV-2241
                                :
          Plaintiff             :
                                :
     v.                         :   (Magistrate Judge Smyser)
                                :
SCOTT KAJIYA,                   :
MICHAEL W. BINGHAM,             :
CARY BRIGGS,                    :
SIGN LANGUAGE HABITAT,          :
and SI SCOOTER WORKS, INC.,     :
                                :
          Defendants            :
```

**ORDER**

**IT IS ORDERED** that any brief in opposition to the plaintiff's motion to dismiss all claims and counterclaims shall be filed on or before May 12, 2003.  If no brief in opposition is filed, the undersigned magistrate judge will enter an order on or about May 15, 2003 granting the motion and dismissing the claims and counterclaims with prejudice and directing that each party is to bear its own costs.

                                              /s/ J. Andrew Smyser
                                               J. Andrew Smyser
                                               Magistrate Judge

Dated: April 30, 2003.