# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHIN-EI BOEKI, LTD.

v.

SCOTT KAJIYA, MICHAEL W. BINGHAM,
CARY BRIGGS, SIGN LANGUAGE EYEWEAR,
INC. d/b/a SIGN LANGUAGE HABITAT,
and Si SCOOTER WORKS, INC.

CIVIL ACTION

NO. 1:00-cv-02241

(Judge Kane)

**FILED**
HARRISBURG PA
MAY 0 2 2003

MARY E. D'ANDREA, Cle

### RESPONSE OF PLAINTIFF SHIN-EI BOEKI, LTD. TO
### ORDER TO SHOW CAUSE DATED APRIL 25, 2003

Plaintiff Shin-Ei Boeki, Ltd., by and through its undersigned attorneys, states the

following in response to the April 25, 2003 Order to Show Cause why this case should not

be reassigned to Judge Kane for the reason that there is not 28 U.S.C. §636(c) consent of all

of the parties:

1.      Plaintiff does not oppose the reassignment of this civil action to Judge Kane

for the reason that there is not 28 U.S.C. §636(c) consent of all of the parties.

2.      On or about April 25, 2003 plaintiff filed a motion to dismiss all claims and

counterclaims pursuant to Fed. R. Civ. P. 41(a)(2).

3.      As of this date, defendant Scott Kajiya has consented to the above-referenced

motion to voluntarily dismiss this civil action.  Mr. Kajiya is the only other party to this civil

action presently represented by counsel.

4.      Plaintiff respectfully submits that no opposition to the pending motion is likely as there has been no participation initiated by the unrepresented defendants in more than one year.

WHEREFORE, plaintiff Shin-Ei Boeki, Ltd. respectfully seeks entry of an order consistent with United States Magistrate Judge Smyser's April 25, 2003 show cause order reassigning the above-captioned civil action to Judge Kane.

Respectfully submitted,

SILVERMAN BERNHEIM & VOGEL

By:_____
JONATHAN S. ZISS
PA I.D. 42437
Attorneys for plaintiff
Shin-Ei Boeki, Ltd.

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 569-0000