# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIN-EI BOEKI, LTD. : | CIVIL ACTION |
| : | |
| v. : | NO. 1:00-cv-02241 |
| : | |
| SCOTT KAJIYA, MICHAEL W. BINGHAM, : | (Judge Kane) |
| CARY BRIGGS, SIGN LANGUAGE EYEWEAR, : | |
| INC. d/b/a SIGN LANGUAGE HABITAT, : | |
| and Si SCOOTER WORKS, INC. : | |

## O R D E R

AND NOW this _____ day of _____, 2003 the Court having

issued an order to show cause why this case should not be reassigned to Judge Kane for the

reason that there is no 28 U.S.C. §636(c) consent of all the parties, and there being no

opposition thereto, and for good cause shown, it is hereby ORDERED and DECREED that

this matter shall be and hereby is reassigned to Judge Kane for further disposition.


BY THE COURT:


_____
U.S.M.J.